Theresa De Santis et al., Appellants, v. George Kremer, Sr., et al., Doing Business as Roux Distributing Company, Respondents.— In an action by plaintiff Theresa De Santis to recover damages for personal injuries alleged to have been caused by the application of respondents' hair dye and by her husband for medical expenses and loss of services, Special Term denied appellants' motion for an examination before trial on condition that respondents furnish a statement of the ingredients of the product and deliver six bottles of it to appellants. Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

Louis Hilbrandt, Plaintiff, and Dorothea Hilbrandt, Respondent, v. George E. Mole & Sons, Inc., et al., Appellants. (Action No. 1.) George E. Mole & Sons, Inc., Appellant, v. Louis Hilbrandt, Respondent. (Action No. 2.) — Consolidated actions to recover damages for injuries to person and property. The jury rendered a verdict, in Action No. 1, for $30,000 in favor of plaintiff Dorothea Hilbrandt and against the defendants, and in favor of said defendants against plaintiff Louis Hilbrandt. In Action No. 2, the jury rendered a verdict in favor of the defendant, Louis Hilbrandt. Defendants in Action No. 1 appeal from the judgment entered thereon insofar as it is in favor of plaintiff Dorothea Hilbrandt. Plaintiff in Action No. 2 appeals from said judgment insofar as it is in favor of the defendant in that action. Judgment, insofar as appealed from, unanimously affirmed, with one bill of costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

Island Hills Golf Club, Inc., Respondent, v. George Argondizza, Appellant. George Argondizza, Lessee, v. Stanley M. Lazarus et al., Occupants.— In an action for judgment declaring the rights of the parties under two leases and an assignment of lease, defendant appeals from an order consolidating a summary proceeding with the action. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

In the Matter of Pondfield Road Company, Inc., et al., Respondents, against Rudolph N. Miller, as Superintendent of Buildings of the Village of Bronxville, Appellant.— In a proceeding pursuant to article 78 of the Civil Practice Act, the building superintendent of the village of Bronxville appeals, by direction of the trustees of said village, from an order which directs him to approve plans for the erection of a business building, which plans theretofore had been filed with him. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.